**Order entered February 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00422-CR

**ARACELY MEZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00230-U**

## ORDER

On January 16, 2019, we ordered court reporter Sasha Brooks to file a supplemental reporter's record containing true and correct playable copies of State's Exhibits 10, 17, and 29 by January 30, 2019. To date, the supplemental reporter's record has not been filed and we have had no communication from Ms. Brooks.

We **ORDER** court reporter Sasha Brooks to file the supplemental reporter's record containing true and correct playable copies of State's Exhibits 10, 17, and 29 **by February 22, 2019**. We caution Ms. Brooks that the failure to file the supplemental reporter's record or communicate with the Court by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the supplemental reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/     BILL PEDERSEN, III
        JUSTICE